POOLE v. SMITH et al. (Circuit Court of Appeals, Ninth Circuit. February 13, 1901.) No. 622. Appeal from the District Court of the United States for the Northern Division of the District of Washington. Humes & Lysons and John F. Miller, for appellant. Edward Brady, Wilson R. Gay, and Burke, Shepard & McGilvra, for appellees. Appeal dismissed for failure to print record under rule 23 (31 C. C. A. clxiii., 90 Fed. clxiii.).

---

TEXAS & P. RY. CO. v. WHITE. (Circuit Court of Appeals, Fifth Circuit. April 28, 1901.) No. 1,026. In Error to the Circuit Court of the United States for the Eastern District of Texas. W. T. Armistead and T. J. Freeman, for plaintiff in error. J. F. Jones, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

McCORMICK, Circuit Judge. This case was before us at a former term, and is fully stated in the opinion of this court reported in 42 C. C. A. 86, 101 Fed. 928. On the trial that resulted in the judgment to review which this writ of error is brought substantially the same issues were presented by the pleadings, the same proof offered with some additions of cumulative evidence, with the same instructions asked by the plaintiff in error and action of the court thereon; and, the court having carefully conformed its action to the views expressed in the opinion referred to, and we seeing no reason to change our own views as then announced, on the authority of that decision and the conformity of the circuit court thereto, the judgment of that court herein sought to be reviewed is affirmed.

---

UNITED STATES v. GOODMAN. (Circuit Court of Appeals, Fourth Circuit. May 7, 1901.) No. 393. In Error to the District Court of the United States for the Western District of North Carolina. A. E. Holton, U. S. Atty. Before GOFF and SIMONTON, Circuit Judges, and BRAWLEY, District Judge.

PER CURIAM. We find no error in the judgment complained of, and the same is affirmed.

---

WARE v. HART. (Circuit Court of Appeals, Fifth Circuit. May 21, 1901.) No. 1,037. In Error to the Circuit Court of the United States for the Eastern District of Louisiana. D. M. Scholars, for plaintiff in error. T. Jones Cross, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. As the evidence offered on the trial of this case before the jury warranted an instruction to find for the defendants, we do not find it necessary to discuss the ruling on exceptions interposed by the city of Baton Rouge, nor the objections to the charge actually given resulting in a verdict in favor of the defendant, and the judgment of the circuit court is affirmed.

---

WARNER et al. v. CITY OF NEW ORLEANS (JACKSON, Intervener). (Circuit Court of Appeals, Fifth Circuit. May 21, 1901.) No. 1,039. Appeal from the Circuit Court of the United States for the Eastern District of Louisiana. Richard De Gray, John D. Rouse, and Wm. Grant, for appellant. B. K. Miller, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. For the reasons orally assigned, the decree appealed from is reversed, and the cause is remanded, with instructions to overrule all exceptions to the master's report on the claim of James Jackson, and enter a decree approving and confirming the same.